ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (415) 782-4062
E-mail: andrew@packardlawoffices.com
         wncarlon@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
1125 16th Street, Suite 204
Arcata, CA 95521
Tel: (707) 630-5061
Email: wverick@igc.org

Attorneys for Plaintiff
CALIFORNIANS FOR ALTERNATIVES TO TOXICS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXIVSD, a non-profit corporation,<br><br>   Plaintiff,<br><br>v.<br><br>R&L LUMBER COMPANY LLC, JUSTIN LENA, and UBI RUIZ,<br><br>   Defendants. | Case No: 3:22-CV-07511 JSC<br><br>**STIPULATION REGARDING SERVICE OF SUMMONS AND COMPLAINT** |

   WHEREAS, Plaintiff Californians for Alternatives to Toxics ("Plaintiff") filed its complaint ("Complaint") in this action on November 30, 2022; and

   WHEREAS, on December 28, 2022, Plaintiff electronically transmitted to counsel for all Defendants a courtesy copy of the Complaint, the Summons, the U.S. District Court's pamphlet on Consenting to the Magistrate, the Court's Standing Order for All Judges, the Civil Standing Order for District Judge Jaqueline Corley, and the Clerk's Notice Rescheduling Case Management Conference.

IT IS HEREBY STIPULATED by and among the parties to this action, by and through their respective counsel, that Defendants have waived service of summons, and Plaintiff shall be deemed to have timely perfected service of the above-referenced documents on Defendants on January 6, 2023.

Dated: January 6, 2023                LAW OFFICES OF ANDREW L. PACKARD

 /s/ William Carlon
William Carlon
Attorney for Plaintiff
CALIFORNIANS FOR ALTERNATIVES TO TOXICS

Dated: January 6, 2023                HARRISON TEMBLADOR HUNGERFORD & JOHNSON

/s/ Sean Hungerford
Sean Hungerford
Attorney for Defendants
R&L LUMBER, JUSTIN LENA and
UBI RUIZ

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(i) (3) that I have obtained concurrence in the filing of this document from the above Signatory prior to filing.

DATED: January 6, 2023                                By: /s/ William Carlon