ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
E-mail: andrew@packardlawoffices.com
         wncarlon@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
1125 16th Street, Suite 204
Arcata, CA 95521
Tel: (707) 630-5061
Email: wverick@igc.org

Attorneys for Plaintiff
CALIFORNIANS FOR ALTERNATIVES TO TOXICS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>          Plaintiff,<br><br>v.<br><br>R&L LUMBER COMPANY LLC, JUSTIN LENA, and UBI RUIZ,<br><br>          Defendants. | Case No: 3:22-CV-07511-JSC<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT (FRCP 7.1)** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Californians for Alternatives to Toxics ("CAT"), through its counsel of record, confirms that CAT is a non-governmental corporate not-for-profit organization and that it has no parent companies, subsidiaries, or affiliates that have issued stock to the public in the United States or abroad.

Dated: January 27, 2023                          LAW OFFICES OF ANDREW L. PACKARD

                                                 /s/ William Carlon
                                                 William Carlon
                                                 Attorney for Plaintiff
                                                 CALIFORNIANS FOR
                                                 ALTERNATIVES TO TOXICS