SEAN K. HUNGERFORD (State Bar No. 200268)
RUSSELL A. FRINK (State Bar No. 302522)
HARRISON, TEMBLADOR,
HUNGERFORD & GUERNSEY LLP
2801 T Street
Sacramento, CA 95816
Telephone: (916) 382-4377
Facsimile: (916) 382-4380

Attorneys for Defendants
R&L LUMBER COMPANY LLC, JUSTIN LENA, UBI RUIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>v.<br><br>R&L LUMBER COMPANY LLC, JUSTIN LENA, and UBI RUIZ,<br><br>Defendants. | Case No. 3:22-cv-07511-JSC<br><br>**DEFENDANTS R&L LUMBER COMPANY LLC, JUSTIN LENA, AND UBI RUIZ'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS (Local Rule 3-15)** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties Defendants R&L Lumber Company, LLC, Justin Lena, and Ubi Ruiz) to report.

Dated:  February 8, 2023

By:  /S/ Sean K. Hungerford
Sean K. Hungerford
Attorney for Defendants
R&L LUMBER COMPANY, JUSTIN LENA, UBI RUIZ

1

DEFENDANTS R&L LUMBER COMPANY LLC, JUSTIN LENA, AND UBI RUIZ'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS