ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
        wncarlon@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
1125 16th Street, Suite 204
Arcata, CA 95521
Tel: (707) 630-5061
Email: wverick@igc.org

Attorneys for Plaintiff
CALIFORNIANS FOR ALTERNATIVES
TO TOXICS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>R&L LUMBER COMPANY LLC, JUSTIN LENA, and UBI RUIZ,<br><br>Defendants. | Case No: 1:22-CV-07511-JSC<br><br>**STIPULATION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT**<br><br>The Honorable Jaqueline S. Corley |

Plaintiff Californians for Alternatives to Toxics ("Plaintiff") and R&L Lumber Company LLC, Justin Lena and Ubi Ruiz ("Defendants") by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS on September 30, 2022 Plaintiff provided Defendants with Plaintiff's Notice of Violations and Intent to File Suit ("NOV");

WHEREAS on November 30, 2022, Plaintiff filed its Complaint in this matter (Docket No. 1), setting forth causes of action under the Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387 for discharging pollutants without an NPDES permit;

WHEREAS on December 30, 2022 Plaintiff provided Defendants and all relevant public officials with Plaintiff's Supplemental Notice of Violations and Intent to File Suit ("Supplemental NOV").

WHEREAS on January 27, 2023, Defendants filed with this Court (Docket No. 11) their answer responding to the Complaint;

WHEREAS Plaintiff now seeks to file a Supplemental Complaint that adds allegations of additional violations of the Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387, violations that have occurred since Defendants obtained permit coverage under California's General Permit for Storm Water Discharges Associated with Industrial Activities, State Water Resources Control Board Order No. 2014-0057-DWQ.

WHEREAS after a responsive pleading is filed, Federal Rule of Civil Procedure 15(d) allows a party to file a supplemental pleading only with the Court's leave.

The parties stipulate and agree as follows:

(1) Plaintiff may file a supplemental complaint to add allegations that Plaintiff served a supplemental Notice of Violation on all relevant entities, that more than 60 Days have elapsed since service of the Supplemental Notice of Violation, and that, as described in the Supplemental Notice of Violation, Defendants have committed additional violations of the Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387.

(2) If the Order Approving Stipulation is approved, the supplemental complaint will be deemed to be served on Defendants on March 17, 2023, meaning that Defendants' responsive pleading will be due on April 7, 2023.

//

IT IS SO STIPULATED.

Dated: February 27, 2023          KLAMATH ENVIRONMENTAL LAW CENTR

By:   /s/ William Verick
      William Verick
      Attorneys for Plaintiff
      CALIFORNIANS FOR ALTERNATIVES TO TOXICS

Dated:                            HARRISON, TEMBLADOR,
                                  HUNGERFORD & JOHNSON LLP

By:   /s/ Sean Hungerford
      Sean Hungerford
      Attorney for Defendants
      R&L LUMBER COMPANY,
      JUSTIN LENA and UBI RUIZ

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(i) (3) that I have obtained concurrence in the filing of this document from the above Signatory prior to filing.

DATED: February 27, 2023                         By: /s/ William Verick

**ORDER APPROVING STIPULATION**

Good cause appearing to allow Plaintiff to file a supplemental complaint,

IT IS SO ORDERED

Dated:    March 1, 2023

_____
Jacqueline Scott Corley
United States District Judge