ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
       wncarlon@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
1125 16th Street, Suite 204
Arcata, CA 95521
Tel: (707) 630-5061
Email: wverick@igc.org

Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>R&L LUMBER COMPANY LLC, JUSTIN LENA, and UBI RUIZ,<br><br>    Defendants. | Case No: 1:22-CV-07511-JSC<br><br>**STIPULATION TO EARLY SETTLEMENT CONFERENCE WITH MAGISTRATE; [PROPOSED ]ORDER THEREON** |

Plaintiff Californians for Alternatives to Toxics ("Plaintiff") and R&L Lumber Company LLC, Justin Lena and Ubi Ruiz ("Defendants") by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Parties are interested in resolving this matter without unnecessary litigation;

WHEREAS, over the past six months the Parties have been engaged in productive

settlement discussions and are continuing to negotiate the terms of a comprehensive Consent Decree in good faith;

WHEREAS, the Parties are interested in engaging the services of either Magistrate Beeler or Magistrate Tse to conduct a settlement conference pursuant to ADR Local Rule 7;

AND WHEREAS, the Parties would like to conduct the settlement conference at the next available date for either of these Magistrates;

THEREFORE, IT IS HEREBY STIPULATED, the Parties request that the Court refer the matter to either Magistrate Beeler or Magistrate Tse for a settlement conference to be conducted on the earliest available date.

IT IS SO STIPULATED.


Dated: June 16, 2023                         LAW OFFICES OF ANDREW L. PACKARD

                                             By:  /s/ Andrew L. Packard
                                             Andrew L. Packard
                                             Attorney for Plaintiff
                                             CALIFORNIANS FOR ALTERNATIVES TO TOXICS


Dated: June 16, 2023                         HARRISON, TEMBLADOR,

                                             HUNGERFORD & GUERNSEY LLP

                                             By: /s/ Sean Hungerford
                                             Sean Hungerford
                                             Attorney for Defendants
                                             R&L LUMBER COMPANY, JUSTIN LENA and UBI RUIZ

## ATTESTATION FOR E-FILING

I hereby attest pursuant to Civil L.R. 5-1(i) (3) that I have obtained concurrence in the filing of this document from the above Signatory prior to filing.

DATED: June 16, 2023                              By: /s/ Russell Frink

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER APPROVING STIPULATION**

Good cause appearing, the matter is referred to Magistrate [Beeler or Tse] for a settlement conference.

IT IS SO ORDERED.

Dated:

_____

Jacqueline Scott Corley
United States District Judge