SEAN K. HUNGERFORD (State Bar No. 200268)
RUSSELL A. FRINK (State Bar No. 302522)
HARRISON, TEMBLADOR,
HUNGERFORD & GUERNSEY LLP
2801 T Street
Sacramento, CA 95816
Telephone: (916) 382-4377
Facsimile: (916) 382-4380

Attorneys for Defendants
R&L Lumber Company LLC, Justin Lena, and Ubi Ruiz

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>v.<br><br>R&L LUMBER COMPANY LLC, JUSTIN LENA, and UBI RUIZ,<br><br>Defendants. | Case No. 3:22-cv-07511-JSC<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Conference Date: June 29, 2023<br>Time: 1:30 p.m.<br>Location: *Via Zoom*<br>Judge: The Honorable Jacqueline Scott Corley |

This Updated Joint Case Management Conference Statement is submitted on behalf of Plaintiff CALIFORNIANS FOR ALTERNATIVES TO TOXICS (hereinafter "CAT" or "Plaintiff") represented by the Law Offices of Andrew L. Packard and Klamath Environmental Law Center, and Defendants R&L LUMBER COMPANY LLC, JUSTIN LENA, AND UBI RUIZ ("Defendants") represented by Harrison, Temblador, Hungerford & Guernsey LLP, pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 16-9, the *Standing Order for All Judges of the Northern District of California-Contents of Joint Case Management Statement* ("Standing Order"). This filing supplements the parties' Initial Joint Case Management Statement, dated February 23, 2023 (Dkt. No. 17), and provides an update on recent progress towards settlement.

Plaintiff and Defendants are actively negotiating as part of ongoing settlement discussions. Plaintiff has served Requests for Production of Documents, Requests for Admissions, and a Deposition Notice on Defendants, however, the deadlines for Defendants' responses have been extended for 30-days based on recent progress towards reaching a settlement.

In order to set firm deadlines for an expedient resolution of this matter, the parties have agreed on the following timeline for preparation of a Consent Decree for approval by the Court: (1) June 23, 2023: Draft Consent Decree, responding to Plaintiff's June 16, 2023 draft, delivered to Plaintiff for review; (2) June 28, 2023: Draft Consent Decree with Plaintiff's proposed edits delivered to Defendants for review; and (3) June 30, 2023: Anticipated deadline for the parties' approval of Consent Decree.

While the parties believe that a settlement in this case can be reached without assistance from the Court, the parties have filed a Stipulation and Proposed Order requesting that this matter be referred to a magistrate (either Beeler or Tse) for a settlement conference in the event that the pending settlement discussions should reach an impasse. The parties expect to have more information for the Court regarding the pending settlement discussions at the Case Management Conference set for June 29, 2023.

Respectfully submitted,

Dated: June 16, 2023

LAW OFFICES OF ANDREW L. PACKARD
By: /s/ Andrew L. Packard
Andrew L. Packard
Attorneys for Plaintiff
CALIFORNIANS FOR ALTERNATIVES TO TOXICS

Dated: June 16, 2023

HARRISON, TEMBLADOR, HUNGERFORD & GUERNSEY LLP
By: /s/ Sean Hungerford
Sean K. Hungerford
Russell A. Frink
Attorney for Defendants
R&L LUMBER COMPANY LLC, JUSTIN LENA, and UBI RUIZ

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(i) (3) that I have obtained concurrence in the filing of this document from the above Signatory prior to filing.

DATED: June 16, 2023                                              By: /s/ Russell A. Frink