ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
       wncarlon@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
1125 16th Street, Suite 204
Arcata, CA 95521
Tel: (707) 630-5061
Email: wverick@igc.org

Attorneys for Plaintiff
CALIFORNIANS FOR ALTERNATIVES
TO TOXICS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>　　Plaintiff,<br><br>v.<br><br>R&L LUMBER COMPANY LLC, JUSTIN LENA, and UBI RUIZ,<br><br>　　Defendants. | Case No: 1:22-CV-07511-JSC<br><br>**NOTICE OF SETTLEMENT** |

TO THE CLERK OF THE COURT, ANY INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE that Plaintiff Californians for Alternatives to Toxics ("CAT") and R&L LUMBER COMPANY LLC, JUSTIN LENA, and UBI RUIZ, ("Defendants"), parties in the above-captioned action, have reached a settlement and executed a [Proposed] Consent Decree.  The [Proposed] Consent Decree is subject to the federal

agencies' 45-day review period.[1]

PLEASE TAKE FURTHER NOTICE that, in accordance with federal law, no judgment disposing of this action may be entered prior to 45 days following the receipt of the proposed consent decree by the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency.  *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day agency review period under 33 U.S.C. § 1365(c)).

The regulatory agencies' review period will end on or about August 28, 2023; if any of the reviewing agencies object to the proposed agreement, the parties may require additional time to meet and confer and attempt to resolve the agencies' concerns.

Date:  July 11, 2023            LAW OFFICES OF ANDREW L. PACKARD

*/s/ Andrew L. Packard*
_____
Andrew L. Packard
Attorneys for Plaintiff
Californians for Alternatives to Toxics

---

[1] Title 33 of the United States Code Section 1365(c) provides that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."